STATE v. MEDLIN

No. 438P84.

Case below: 69 N.C. App. 340.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

STATE v. NELSON

No. 466P84.

Case below: 69 N.C. App. 455.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.

STATE v. PALMER

No. 542P84.

Case below: 70 N.C. App. 496.

Petition by defendant for discretionary review under G.S. 7A-31 and for writ of supersedeas and temporary stay denied 1 October 1984.

STATE v. PHILLIPS

No. 263P84.

Case below: 67 N.C. App. 757.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984. Attorney General's motion to dismiss appeal for lack of substantial constitutional question allowed 2 October 1984.

STATE v. ROZIER

No. 518P84.

Case below: 68 N.C. App. 38.

Petition by defendant Carter for writ of certiorari to North Carolina Court of Appeals denied 2 October 1984.